DANIEL McCAULAY v. THE STATE.

No. 3316.     Decided November 11, 1914.

**Aggravated Assault—Statement of Facts—Bills of Exceptions—Requested Charges.**

In the absence of a statement of facts and bills of exception, a refusal of requested charges can not be considered on appeal.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. R. B. Seay.

Appeal from a conviction of aggravated assault, on an indictment for assault to murder; penalty, a fine of $250 and sixty days confinement in the county jail.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of aggravated assault, and his punishment assessed at a fine of $250 and sixty days imprisonment in the county jail.

There are no bills of exception in the record to the admissibility or rejection of any testimony. Neither does any statement of facts accompany the record, consequently no question is presented in the motion for new trial we can review. A number of special charges were requested, but without the evidence before us we can not say whether or not they should have been given.

The judgment is affirmed.          *Affirmed.*